# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

   v. :    3:16-CR-0267
                                      (JUDGE MANNION)

JAHKEL LAMAR, :

   Defendant :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Lamar's objections to the PSR, (Doc. 52), are **OVERRULED**.

2. Defendant Lamar qualifies as a career offender under U.S.S.G. §4B1.1.

3. The PSR, (Doc. 42), properly determined that defendant Lamar's total offense level is 31, his criminal history category is VI and his advisory guideline range is 188-235 months imprisonment.[1]

4. Lamar's request for an evidentiary hearing is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 8, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-0267-01-Order.wpd

---

[1]By separate order, the court will schedule Lamar's sentencing hearing.